FILED
2011 APR -6 P 3:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. BELSHAW (SBN 142028)
OF COUNSEL
GUTIERREZ & ASSOCIATES
244 California St. Ste.300
San Francisco, California 94111
Telephone: (415) 956-9590
Facsimile: (415) 986-8606

E-filing

Attorneys for Plaintiff
American Small Business League

EMC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CV 11 1672

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE<br>Defendant. | CASE NO<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF**<br><br>**FREEDOM OF INFORMATION ACT (5 U.S.C. 552 (a)(3)(A))** |

GUTIERREZ & ASSOCIATES
244 CALIFORNIA STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94111

## COMPLAINT FOR INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") for injunctive and other appropriate relief to compel the disclosure and release of documents improperly withheld from Plaintiff by the Department of Defense

## JURISDICTION AND VENUE

2. This court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

GUTIERREZ & ASSOCIATES
244 CALIFORNIA STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94111

**THE PARTIES**

3. Plaintiff is the American Small Business League ("ASBL"), an organization incorporated in California which has its principal place of business in Sonoma County, California. ASBL is a national organization established to research and focus public attention on emerging small business issues and to otherwise promote the interests of small businesses. ASBL's activities include the review of evolving federal and state government policy and procedures to determine possible impact on small business.

4. Defendant Department of Defense (hereinafter "DOD") is an "agency" within the meaning of 5 U.S.C. § 552 (f).

**PLAINTIFF'S FOIA REQUEST AND THE DOD'S RESPONSE**

5. On or about June 3, 2010 pursuant to the Freedom of Information Act ("FOIA"), ASBL requested records from DOD consisting of:

> The most recent master comprehensive subcontracting plan submitted by Raytheon Company for participation in the Comprehensive Subcontracting Plan Test Program through the Department of Defense.
> The most recent SSRSF 295 submitted by the Raython Company as part of the Comprehensive Subcontracting Plan Test Program.

A copy of ASBL's FOIA request is attached as Exhibit A.

6. DOD did not respond the ASBL's FOIA requestin the time set by FOIA. On July 15, 2010 ASBL appealed DOD's failure to respond to its FOIA request. A copy of ASBL's appeal is attached as Exhibit B.

7. DOD finally responded on August 4, 2010 acknowledging receipt of the FOIA appeal stating that it was *remanding* the request to its Office of Freedom of Information for A response. DOD's August 4, 2010 acknowledgement is attached hereto as Exhibit C.

8. No further response was received from DOD. On November 29, ASBL wrote DOD again appealing DOD's failure to respond to ASBL's FOIA request. A copy of ASBL's second appeal is attached hereto as Exhibit D

9. DOD did not respond to ASBL's FOIA request, or ASBL'S appeal, in the time allowed by FOIA, nor has it responded at all.

10. ASBL has a right of access to the documents requested pursuant to 5 U.S.C. § 552 (a)(3), and there is no legal basis for DOD's denial of such access. Accordingly, ASBL seeks an order from this court compelling DOD to provide the requested information.

**CAUSE OF ACTION**

**Violation of the Freedom of Information Act**

**for Wrongful Withholding of Agency Records**

11. DOD has wrongfully withheld documents requested by ASBL.

12. ASBL has exhausted the administrative remedies with respect to DOD's wrongful withholding of the requested documents.

13. ASBL is entitled to injunctive relief and an order from this Court compelling an immediate release and disclosure of the requested documents.

**PRAYER FOR RELIEF**

WHEREFORE, ASBL prays that this Court:

A. Issue an order compelling DOD to disclose all responsive documents in their entirety;

B. Provide for expeditious proceedings in this action;

C. Award ASBL its costs and reasonable attorneys' fees incurred in this action; and

D. Grant such other relief as the Court may deem just and proper.

Dated: April 5, 2011

GUTIERREZ & ASSOCIATES

By: [signature]
ROBERT E. BELSHAW
Attorneys for Plaintiff

GUTIERREZ & ASSOCIATES
244 CALIFORNIA STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94111

EXHIBIT A



American
small
business
League

98% of all U.S. firms have less than 100 employees

June 3, 2010

Chief, Freedom of Information
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

Re: Freedom of Information Act Request

Dear FOIA Officer:

This is a request under the Freedom of Information Act. I request that a copy of documents containing the following information be provided to me:

- The most recent master comprehensive subcontracting plan submitted by Raytheon Company for participation in the Comprehensive Subcontracting Plan Test Program through the Department of Defense.
- The most recent SSR/SF 295 submitted by Raytheon Company as part of the Comprehensive Subcontracting Plan Test Program.

In order to help to determine my status for purposes of determining the applicability of any fees, you should know that I am the Director of Government Affairs for a small business advocacy group and am seeking information for use in our group's research and not for commercial use.

The American Small Business League is willing to pay fees for this request up to a maximum of $200.00. If you estimate that the fees will exceed this limit, please inform me first.

I have included a telephone number at which I can be contacted during the hours of 8 a.m. to 5 p.m. Pacific, if necessary to discuss any aspect of my request.

3910 Cypress Drive, Petaluma, CA 94954 | tel: 707-789-9575 fax: 707-789-9580 | www.asbl.com

A

American small business League

Thank you for your consideration of this request.

Sincerely,

Kevin Baron, Director of Government Affairs
American Small Business League
3910 Cypress Dr.
Petaluma CA, 94954
(707) 789-9575



League

98% of all U.S. firms have less than 100 employees

July 15, 2010

Director of Administration and Management
Defense Freedom of Information Policy Office
ATTN: Mr. James P. Hogan
1155 Defense Pentagon
Washington, DC 20301-1155

Re: Freedom of Information Act Appeal

Dear FOIA Officer:

This is an appeal under the Freedom of Information Act. On June 3, 2010, I requested that a copy of documents containing the following information be provided to me:

- The most recent master comprehensive subcontracting plan submitted by Raytheon Company for participation in the Comprehensive Subcontracting Plan Test Program through the Department of Defense.
- The most recent SSR/SF 295 submitted by Raytheon Company as part of the Comprehensive Subcontracting Plan Test Program.

To date, I have not received a response or the documents request in the request; therefore, I am appealing this non-response.

Thank you for your consideration of this appeal.
Sincerely,

Kevin Baron, Director of Government Affairs
American Small Business League

3910 Cypress Drive, Petaluma, CA 94954 | tel: 707-789-9575 fax: 707-789-9580 | www.asbl.com

EXHIBIT C



**DEPARTMENT OF DEFENSE**
**DEFENSE FREEDOM OF INFORMATION POLICY OFFICE**
**1155 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1155**

AUG 04 2010
Ref: 10-A-1133
10-F-1133

Mr. Kevin Baron
American Small Business League
3910 Cypress Drive
Petaluma, CA 94954

Dear Mr. Baron:

This is in response to your July 15, 2010, Freedom of Information Act (FOIA) appeal, concerning a lack of response by the Office of Freedom of Information (OFOI) to the request referenced above, submitted by you on June 3, 2010.

I consulted with OFOI to determine the status of your initial request (10-F-1133). The OFOI action officer advises that they are processing the case with all due diligence. Because the actions necessary to complete your initial request are yet to be accomplished, I am remanding this request back to the OFOI for completion. Once OFOI issues their final response, you will receive appeal rights for any documents that may be withheld in part or in their entirety.

This action will close your appeal and allow the necessary, remaining processes to take place in response to your initial request. We will, however, monitor the progress of this request.

You have the right to judicial review of this action in a United States District Court in accordance with 5 USC § 552(a)(4)(B).

Sincerely,

James P. Hogan
Chief

C



934

American
small
business
League

98% of all U.S. firms have less than 100 employees

November 29, 2010

Director of Administration and Management
Defense Freedom of Information Policy Office
ATTN: Mr. James P. Hogan
1155 Defense Pentagon
Washington, DC 20301-1155

Re: Freedom of Information Act Appeal

Re: FOIA No. 10-F-1133

Dear FOIA Officer:

This is an appeal under the Freedom of Information Act. On June 3, 2010, I requested that a copy of documents containing the following information be provided to me:

- The most recent master comprehensive subcontracting plan submitted by Raytheon Company for participation in the Comprehensive Subcontracting Plan Test Program through the Department of Defense.
- The most recent SSR/SF 295 submitted by Raytheon Company as part of the Comprehensive Subcontracting Plan Test Program.

After the statutory time was up and after receiving no response to the initial request, an appeal was filed, dated July 15, 2010. I received a response from Mr. James P. Hogan, dated August 4, 2010, included here, denying the appeal and remanding the original request back to OFOI to be fulfilled.

To date, I have not received a response, a response to the appeal dated September 23, 2010 or the documents request in the request; therefore, I am appealing this request. At this point, due to a lack of response from DoD, which has had over 120 business days to respond, I am informing you that if I do not receive an appeal denial or the documents being requested within 20 business days from the date of this letter, then we will be pursuing legal action.

P

3910 Cypress Drive, Petaluma, CA 94954 | tel: 707-789-9575 fax: 707-789-9580 | www.asbl.com

American small business League

Thank you for your consideration of this appeal.

Sincerely,

Kevin Baron, Director of Government Affairs
American Small Business League

p