ROBERT E. BELSHAW (SBN 142028)
OF COUNSEL
GUTIERREZ & ASSOCIATES
244 California St. Ste. 300
San Francisco, California 94111
Telephone: (415) 956-9590
Facsimile: (415) 986-8606

Attorneys for Plaintiff
American Small Business League

MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
DEPARTMENT OF DEFENSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE,<br><br>    Defendant. | No. C 11-1672 EMC<br><br>**STIPULATION TO CONTINUE THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

    Subject to the approval of the Court, the parties, by and through their attorneys of record, hereby stipulate to extend the date of the initial case management conference in the above-captioned matter from July 22, 2011, at 9:00 a.m. to August 19, 2011, at 9:00 a.m. The parties believe a settlement is imminent. The requested documents have been produced and the only remaining issue is attorneys' fees and costs. This is the first request to continue the date of the

initial case management conference.

DATED: 7/14/11          By:          /s/
                                 ROBERT E. BELSHAW
                                 Attorney for Plaintiff


                                 MELINDA HAAG
                                 United States Attorney


DATED: 7/15/11          By:          /s/
                                 NEILL T. TSENG
                                 Assistant United States Attorney
                                 Attorneys for Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:   7/15/11

                                 _____
                                 HONORABLE
                                 UNITED S...
                                 Judge Edward M. Chen

IT IS SO ORDERED

STIP. TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 11-1672 EMC                          2